JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

LATASHA MCCASKILL,                    )      Case No. EDCV 09-2098-MLG
                                      )
                Plaintiff,            )         JUDGMENT
                                      )
        v.                            )
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner of the                   )
Social Security Administration,       )
                                      )
                Defendant.            )
_____)


        **IT IS ADJUDGED** that this action is remanded to Defendant for
further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)
and consistent with the accompanying Memorandum Opinion and Order.


DATED: June 8, 2010

_____
MARC L. GOLDMAN
United States Magistrate Judge